UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 3:13-cr-00011 -(AVC) |
| | : | |
| | : | |
| MICHAEL NELSON | : | SEPTEMBER 1, 2015 |

## MOTION TO CONTINUE SENTENCING

The defendant, MICHAEL NELSON, in the above-captioned action, through counsel, respectfully moves the Court to continue his sentencing hearing scheduled for Wednesday, September 2, 2015 for a period of one month until October 2, 2015. The undersigned needs additional time to co-ordinate with his client as his client lives out of State.

The defendant has lived a drug-free life since January 2013 and continues to diligently make positive changes in his life to be a productive member of society. He is completing bi-monthly drug testing with no issues whatsoever.

**WHEREFORE**, the defendant respectfully moves this Court grant this motion and continue the sentencing until a date of the Court's convenience in October, 2015.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
MICHAEL NELSON

By /S/    Charles L. Kurmay
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
3000 MAIN STREET
STRATFORD, CT 06614
Tel: (203) 380-1743
Fax: (203) 380-0293
Federal Bar No.: ct20180
E-mail: ckurmay@snet.net

## CERTIFICATE OF SERVICE

  I hereby certify that on September 1, 2015 a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

            /S/  Charles L. Kurmay